# Exhibit 3

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                         EPAS ID: PAT5692841
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| GUOCHENG PAN | 08/26/2019 |

**RECEIVING PARTY DATA**

| Name: | VPR BRANDS, LP |
|---|---|
| Street Address: | 1209 ORANGE ST |
| City: | WILMINGTON |
| State/Country: | DELAWARE |
| Postal Code: | 19801 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 8205622 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 561-404-4350 |
| Email: | patents@SRIPLAW.com |
| Correspondent Name: | SRIPLAW |
| Address Line 1: | 21301 POWERLINE ROAD |
| Address Line 2: | SUITE 100 |
| Address Line 4: | BOCA RATON, FLORIDA 33433 |

| ATTORNEY DOCKET NUMBER: | 00155-0018 |
|---|---|
| NAME OF SUBMITTER: | JOEL B. ROTHMAN |
| SIGNATURE: | /Joel B. Rothman/ |
| DATE SIGNED: | 08/29/2019 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 2**
source=Revised Assignment-00155-0018 - EXECUTED#page1.tif
source=Revised Assignment-00155-0018 - EXECUTED#page2.tif

Attorney Docket No.: 00155-0018
U.S. Patent Application No.: 12/437,511

# ASSIGNMENT

WHEREAS, I, Guocheng Pan, (a United States citizen with a primary residence at 10580 White Fir Ct., Cupertino, California 95014 United States) have invented certain new and useful improvements in and to the invention entitled:

## ELECTRONIC CIGARETTE

Described in an application for Letters Patent filed on May 7, 2009, and accorded U.S. Patent Application No. 12/437,511, subsequently issued on June 26, 2012, as U.S. Patent No. 8,205,622 B2 (hereinafter the "Invention").

AND, WHEREAS VPR Brands, LP, (Limited Partnership acting under the Laws of the State of Deleware at Corporation Trust Center 1209 Orange ST, Wilmington, DE 19801 United States, hereinafter "ASSIGNEE"), is desirous of acquiring certain rights to the Invention including all patents and patent applications thereto;

NOW, THEREFORE, in view of good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I do hereby sell, assign and transfer unto said ASSIGNEE, its successors, assigns and legal representatives, our entire right, title and interest in and throughout the United States of America (including its territories and dependencies) and all countries foreign thereto in and to said Invention including said United States patent application(s), any other United States patent application(s), including provisional, divisional, renewal, substitute, continuation, reexamination and reissue applications, based in whole or in part on said United States patent application or in whole or in part on said Invention, any foreign applications, including international and regional applications, based in whole or in part on any of the aforesaid United States applications or in whole or in part on said Invention, in and to any and all letters patent, including extensions thereof, of any country which have been or may be granted on any of the aforesaid applications or on said Invention or any part(s) thereof, and in and to any right to claim priority to any of the aforesaid patents and/or patent applications;

AND I hereby authorize and request my agents, Schneider Rothman Intellectual Property Law Group, PLLC, whose address is 21301 Powerline Road Suite 100 Boca Raton, FL 33433, to insert herein any identification necessary or desirable for recordation of this document, including the filing date and application number of said application when known.

AND I hereby agree for myself, and my heirs, executors and administrators to execute without further consideration any further documents and instruments which may be necessary, lawful and proper in the prosecution of said above-referenced application or in the preparation or prosecution of any continuing, substitute, divisional, renewal, reexamination or reissue application or in any amendments, extensions or interference proceedings, or other applications for patents of any region or country, that may be necessary to secure to ASSIGNEE its interest and title in and to said Invention or any part(s) thereof, and in and to said several patents or any of them;

**PATENT
REEL: 050208 FRAME: 0501**

Attorney Docket No.: 00155-0018
U.S. Patent Application No.: 12/437,511

AND I hereby covenant for myself and my legal representatives, and agree with said ASSIGNEE, its successors and assigns, that I have granted no right or license to make, use, sell or offer to sell said Invention, to anyone except said ASSIGNEE, that prior to the execution of this deed, my right, title and interest in said Invention had not been otherwise encumbered, and that I have not and will not execute any instrument in conflict therewith;

AND I do hereby authorize and request the United States Commissioner for Patents to issue any and all letters patent which may be granted upon said United States applications, or upon said Invention or any part(s) thereof when granted, to said ASSIGNEE.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

08-26-2019

Date

Guocheng Pan
Inventor

**PATENT**

RECORDED: 08/29/2019

**REEL: 050208 FRAME: 0502**