# Exhibit 4

PTO/SB/96 (11-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: VPR Brands, LP

Application No./Patent No.: 8,205,622          Filed/Issue Date: June 26, 2012

Titled:
# ELECTRONIC CIGARETTE

VPR Brands, LP , a    Limited Partnership
(Name of Assignee)        (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.

states that it is:

1. ■   the assignee of the entire right, title, and interest in;

2. ☐   an assignee of less than the entire right, title, and interest in
(The extent (by percentage) of its ownership interest is _____ %); or

3. ☐   the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. ■   An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel 050208 , Frame 0500 , or a copy* is attached.

**OR**

B. ☐   A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: _____    To: _____

The document was recorded in the United States Patent and Trademark Office at

Reel_____, Frame_____, or a copy* is attached.

2. From: _____    To: _____

The document was recorded in the United States Patent and Trademark Office at

Reel_____, Frame_____, or a copy* is attached.

3. From: _____    To: _____

The document was recorded in the United States Patent and Trademark Office at

Reel_____, Frame_____, or a copy* is attached.

☐   Additional documents in the chain of title are listed on a supplemental sheet(s).

☐   *As required by 37 CFR 3.73(b)(1)(i), if a copy/copies is/are attached, the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

/JOSEPH DUNNE/                                    December 17, 2019
Signature                                              Date

Joseph Dunne                                          76810
Printed or Typed Name                          Title or Registration Number

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*