# Exhibit 7

URGENT: David Waterfield- Notice of Intent to Enforce – U.S. Patent No. 8,205,622 (Auto-Draw) | 60-Day Window

 Kevin Frija <kevin.frija@vprbrands.com>
To ○ mediaoffice

ⓘ This sender kevin.frija@vprbrands.com is from outside your organization.

* This is an EXTERNAL email * originated from outside BAT. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Waterfield / Reynolds American – Vuse Team,

I'm reaching out directly before we transmit this through counsel.

VPR Brands, LP owns U.S. Patent No. 8,205,622 (the "'622 Patent"), covering airflow-activated ("auto-draw") controller-based activation of vaporizer devices. Based on our review of publicly available materials and product operation, we believe Vuse products are more than likely practicing the core elements of the '622 Patent.

We are prepared to proceed with enforcement. Unless we are in active, substantive licensing discussions, VPR intends to initiate formal action within the next sixty (60) days (including filing in the appropriate forum(s)).

Before taking that step, we are offering Reynolds American the opportunity to resolve this commercially and confidentially on one of the following paths:

1. **Non-exclusive license** to the '622 Patent on reasonable terms; or

2. **Exclusive rights / acquisition** of the '622 Patent and related continuation portfolio, subject to diligence and definitive documentation.

We are limiting this outreach to a small number of parties. If Reynolds American wishes to engage, please identify the appropriate decision-maker (legal/business) and proposed time for a call this week or next. If we do not receive a response within **10 business days**, we will assume Reynolds American is not interested in a pre-suit resolution and will proceed accordingly.

This communication is for settlement/licensing discussions only and is intended to be treated as confidential compromise communications.

Sincerely,
Kevin Frija
CEO, VPR Brands, LP
kevin.frija@vprbrands.com | (754-216-6410)



**Kevin Frija**

*Chief Executive Officer*
*VPR BRANDS LP: a publicly traded company  (VPRB)*
1141 Sawgrass Corporate Parkway, Sunrise
Florida, 33323

| | |
|---|---|
| Office: | (954) 715.7001 |
| Mobile: | (305) 992.3150 |
| Fax: | (954) 371.0097 |