# Exhibit 8

<u>**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**</u>

FIRST NAMED INVENTOR: **Guocheng Pan**          CONFIRMATION NO.: **7646**

U.S. PATENT NO.: **8,205,622**                   GROUP ART UNIT: **1741**

APPLICATION NO.: **12/437,511**

FILING DATE:          **May 7, 2009**            EXAMINER:  **Cynthia Szewczyk**

DOCKET NO.:          **00581-0001**              CUSTOMER NO.:    **160482**

TITLE:   **ELECTRONIC CIGARETTE**

---

**STATUTORY DISCLAIMER**

---

COMMISSIONER FOR PATENTS
P.O. BOX 1450
Alexandria, VA 223 l3-1450

Dear Commissioner:

Assignee, VPR Brands, LP, is the owner of the entire right, title and interest in and to the above referenced patent for an Electronic Cigarette, United States Patent No. 8,205,522, pursuant to the Assignment Recorded in the United States Patent and Trademark Office at Reel <u>050208,</u> Frame <u>0500</u>.

VPR Brands, LP, as the assignee of the entire right title an interest, and through its undersigned counsel authorized to act on assignee's behalf, <u>**hereby disclaims**</u> the following claims of the above identified patent, United States Patent No. 8,205,522:

- Claim 12
- Claim 16
- Claim 17
- Claim 18

Pursuant to 37 C.F.R. §1.321 and 35 U.S.C. §253, VPR Brands, LP hereby disclaims and cancels, in their entirety, Claims 12, 16, 17 and 18 of United Staes Patent No. 8,205,522.

**SRIPLAW**
21301 POWERLINE ROAD
SUITE 100
BOCA RATON, FL 33433

Application No.:     12/437,511
Filing Date:     May 7, 2009


Dated:  October 27, 2023                    Respectfully submitted,

**SRIPLAW, P.A.**

/Joseph Dunne / _____
Joseph Dunne
Registration No. 76,810
Customer Number 160482
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
Direct:  929-200-8446

*Attorney of Record for Patent Owner and
Assignee, VPR Brands, LP*

2