IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

R.J. REYNOLDS VAPOR COMPANY,

               Plaintiff,

   v.

VPR BRANDS, LP,

               Defendant.

C.A. No. 26-cv-459-GBW

## **STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that the time for Defendant to answer, move, or otherwise respond to the Complaint is extended to July 13, 2026.

Dated: June 9, 2026

ASHBY & GEDDES

/s/ John G, Day
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*

IT IS SO ORDERED, this _____ of June, 2026.

_____
The Honorable Gregory B. Williams