IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

R.J. REYNOLDS VAPOR COMPANY,

                        Plaintiff,

        v.                                                  C.A. No. 26-cv-459-GBW

VPR BRANDS, LP,

                        Defendant.

## STIPULATION TO EXTEND TIME

        The parties hereby agree, subject to the approval of the Court, that the time for Defendant

to answer, move, or otherwise respond to the Complaint is extended to August 6, 2026.

Dated: July 13, 2026                              Respectfully submitted,

ASHBY & GEDDES                                    FARNAN LLP

/s/ Andrew C. Mayo                                /s/ Michael J. Farnan
John G. Day (#2403)                               Brian E. Farnan (Bar No. 4089)
Andrew C. Mayo (#5207)                            Michael J. Farnan (Bar No. 5165)
500 Delaware Avenue, 8th Floor                    919 North Market Street, 12th Floor
P.O. Box 1150                                     Wilmington, DE 19801
Wilmington, DE 19899                              (302) 777-0300
(302) 654-1888                                    bfarnan@farnanlaw.com
jday@ashbygeddes.com                              mfarnan@farnanlaw.com
amayo@ashbygeddes.com

                                                  *Attorneys for Defendant*
*Attorneys for Plaintiff*


IT IS SO ORDERED, this _____ of July, 2026.


                                         _____
                                         The Honorable Gregory B. Williams