**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

R.J. REYNOLDS VAPOR COMPANY,

                         Plaintiff,

     v.

VPR BRANDS, LP,

                     Defendant.

C.A. No. 26-cv-459-GBW

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff R.J. Reynolds Vapor Company and Defendant VPR Brands, LP, through their respective undersigned counsel, hereby stipulate and agree that the entire action, including all claims asserted herein, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 17, 2026

ASHBY & GEDDES

/s/ Andrew C. Mayo
John G. Day (Bar No. 2403)
Andrew C. Mayo (Bar No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

JONES DAY

John A. Marlott
110 N. Wacker Dr., Suite 4800
Chicago, Illinois 60606
jamarlott@jonesday.com

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

McANDREWS, HELD & MALLOY, LTD.

Matthew G. McAndrews
Peter J. McAndrews
Rajendra A. Chiplunkar
500 West Madison St., 34th Floor
Chicago, Illinois 60661
(312) 775-8000

1

David M. Maiorana
Kenneth S. Luchesi
Maeve P. Dineen
Emily C. Towers
901 Lakeside Avenue
Cleveland, Ohio 44114
dmaiorana@jonesday.com
kluchesi@jonesday.com
mdineen@jonesday.com
etowers@jonesday.com

*Attorneys for Plaintiff,*
R.J. Reynolds Vapor Company

mmcandrews@mcandrews-ip.com
pmcandrews@mcandrews-ip.com
rchiplunkar@mcandrews-ip.com

*Attorneys for Defendant,*
VPR Brands, LP

**SO ORDERED**, this _____ day of _____, 2026.

_____
Honorable Gregory B. Williams
United States District Judge